**No. 10-1321. James J. Reynolds, Petitioner v. Eric H. Holder, Jr., Attorney General.**

564 U.S. 1039, 131 S. Ct. 3071, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4805.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 45.